### UNITED STATES, Appellee

v

### KENNETH L. ROGERS, Airman, U. S. Navy, Appellant

16 USCMA 246, 36 CMR 402

No. 19,286

April 29, 1966

*Major Ernest B. Wright,* USMC, was on the pleadings for Appellant, Accused.

*Lieutenant Jean E. Van Slate,* USNR, was on the pleadings for Appellee, United States.

### Opinion of the Court

QUINN, Chief Judge:

The decision of the board of review is affirmed. United States v Surtasky, 16 USCMA 241, 36 CMR 397.

Judges FERGUSON and KILDAY concur.